**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**IN RE:**

                                                 **CHAPTER 7**

**Franklin Francis and Clover Francis,**

           **DEBTOR**                      **CASE NO. 16-45873**

-----------------------------------------------------------------X

**NOTICE OF APPEARANCE and DEMAND FOR**
**SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that LINDA M. TIRELLI, ESQ., hereby appears in the above-entitled action as counsel to the Debtors, Franklin Francis and Clover Francis.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy/adversarial proceedings, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002 (a), (b), (e), (f), (h) and (l) be served upon

LINDA M. TIRELLI, ESQ.
Tirelli & Wallshein, LLP
Attorney for Debtor
50 Main Street, Suite 405
White Plains, NY 10606
Phone: (914)732-3222
ltirelli@tw-lawgroup.com

DATED: July 14, 2017               By:  /S/ LINDA M. TIRELLI
                                     Linda M. Tirelli, Esq.
                                     Tirelli & Wallshein, LLP
                                     Attorney for Debtor
                                     50 Main Street, Suite 405
                                     White Plains, NY 10606
                                     Phone: (914)732-3222
                                     ltirelli@tw-lawgroup.com