Date of Presentment: August 11th, 2017
Time of Presentment: 10:00a.m.

LINDA TIRELLI, ESQ
COUNSEL TO DEBTOR
50 MAIN STREET, SUITE 405
WHITE PLAINS, NEW YORK 10606
PH(914) 732-3222 / FAX(914)517-2696

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
**IN THE MATTER OF**

**CHAPTER 7**

**FRANKLIN FRANCIS and CLOVER FRANCIS,**

**CASE NO: 16-45873**

**DEBTORS.**

**NOTICE OF PRESENTMENT**

---------------------------------------------------------------------X

**NOTICE OF PRESENTMENT AND OPPORTUNITY FOR HEARING**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed STIPULATED ORDER pertaining to Debtor's Application to Convert the case to a Chapter 13 case, for signature to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge at 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201 for signature **August 11th, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that unless written objections to the proposed Order with proof of service are filed with the Clerk of the Court, and courtesy copies delivered to the Bankruptcy Judge's Chambers, at least ONE (1) day before the date of presentment, there will not be a hearing and the Order may be signed on default.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing.  <u>The moving and objecting parties are required to attend said hearing</u> and failure to attend in person or by counsel may result in relief being granted or denied on default.

Date of Presentment: August 11th, 2017
Time of Presentment: 10:00a.m.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor(s) in their motion, or if you want the Court to consider your views on the motion, then on or before the **10th DAY OF AUGUST, 2017,** you or your attorney must do three (3) things:

1. **File with the court a written request for a hearing and a written response if you desire to file one at:**

United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Linda M. Tirelli, Esq.
Tirelli & Wallshein, LLP
50 Main Street, Suite 405
White Plains, NY 10606

and to:

Lori Lapin Jones, Trustee
98 Cutter Mill Road, Suite 201 North
Great Neck, NY 11021

and to:

Office of the U.S. Trustee
US Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Date of Presentment: August 11th, 2017<br>
Time of Presentment: 10:00a.m.

3. **Attend the any hearing scheduled upon your request for date and time to be determined by the clerk of the court** at the United States Bankruptcy Court Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201.  If you do not request a hearing the Proposed Order Converting the case to a Chapter 13 case may be entered.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this the 21st day of July, 2017.

__/S/ Linda M. Tirelli_____
Linda M. Tirelli, Esq.,
Counsel for the Debtor
Tirelli & Wallshein, LLP
50 Main Street, Suite 405
White Plains, NY 10606
Tel: (914)732-3222
Fax(914)517-2696