IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | : |
| | : |
| | : CHAPTER 7 |
| FRANKLIN AND CLOVER FRANCES, | : CASE NO: 16-45873 |
| | : |
| DEBTOR | : |
| | : MOTION TO CONVERT FROM |
| | CHAPTER 7 CASE TO CHAPTER |
| | 13 CASE |

**MOTION TO CONVERT**
**FROM CHAPTER 7 CASE TO CHAPTER 13 CASE**

The Debtors, Franklin Francis and Clover Frances, pursuant to 11 U.S.C. Section 1307(a), hereby elects to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code.

The Debtors are entitled to convert his case because:

1. This case, filed on December 29, 2016, has not been previously converted under sections 1307 of the Bankruptcy Code; and

2. The Debtors are eligible to be a debtor under Chapter 13 of the Bankruptcy Code.

3. The Debtors also show unto the Court that they will be filing required amendments as well as sadditional required statements and the Chapter 13 plan in this case within 15 days of the date of this notice.

WHEREFORE, the Debtor under rules 1017(f)(2) and 9013 of the Federal Rules of Bankruptcy procedure hereby request conversion of his case to a case under Chapter 13.

Date: 7/21/2017     Signature: _____
Linda M. Tirelli, Esq.
Tirelli & Wallshein, LLP
50 Main Street, Suite 405
White Plains, NY 10606
Phone: (914)732-3222

Date: 7/21/2017     Signature: _____
Mr. Franklin Francis

Date: 7/21/2017     Signature: _____
Mrs. Clover Francis