## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | |
| | : | |
| | : | **CHAPTER 7** |
| **FRANKLIN AND CLOVER FRANCES,** | : | **CASE NO: 16-45873** |
| **DEBTOR** | : | |
| | : | **ORDER** |

### PROPOSED ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13 CASE

Upon the application of the above Debtor, filed with this court on July 21st, 2017, and the matter having been heard by the Honorable Elizabeth S. Stong, and there being no opposition thereto, it is hereby

**ORDERED,** that the Debtor's Chapter 7 Bankruptcy be converted to a Chapter 13 pursuant to Bankruptcy Code §706(a);

DATED: _____

                                                                              _____
                                                                              HONORABLE ROBERT D. DRAIN,
                                                                              U.S. BANKRUPTCY JUDGE